**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**EVANSVILLE DIVISION**

| | |
|---|---|
| IN RE: | ) |
|     PAUL A DUMONT | ) CASE NO.16-70021–AKM-13 |
| | ) |
|     DEBTOR(S) | ) |

## **TRUSTEE'S MOTION FOR DETERMINATION OF FINAL CURE AND ARREARAGE**

Comes now Robert P. Musgrave, Trustee, and pursuant to BR 3001.2(h) requests the Court determine the final cure and arrearage, if any, on the mortgage lien described below.

1. Debtors filed for relief under Chapter 13 of the Bankruptcy Code on January 13, 2016. The plan was confirmed by order of the Court dated June 1, 2016 (DKT #13).
2. On February 12, 2021, the Trustee filed pursuant to BR 3001.2(f) his Notice of Final Payment and Cure as to the mortgage claim of US Bank Trust NA ("Mortgagee") on the real property commonly known as 111 E Louisiana St, Evansville, IN 47711 ("Mortgage Claim"). The Notice disclosed that, according to the records of the Trustee, the status of the Mortgage Claim at the conclusion of conduit payment was:
    a. Pre-petition arrearage balance: $0.00
    b. Post-petition mortgage payments: Current through the end of December 2019 at the time the Trustee conduit payments stopped, with the next payment due January 2020.
    c. Post-petition fees, expenses, and charges balance: $0.00
3. Per BR 3001.2(g), the Mortgagee has 21 days from the date of the Trustee's above Notice in which it must file a response to such Notice. To date, the Mortgagee has
    ☒ Not filed such a response
    ☐ Filed a response, asserting that the Trustee's records are not correct in the following specifics: _____
    _____
4. The Trustee believes his records are correct, and asks the Court to enter an order to that effect so that the debtors may receive their discharge and be able to proceed with their post-bankruptcy affairs with as few issues and disputes with the Mortgagee as is possible.

WHEREFORE, the Trustee prays the Court enter an order holding that the Trustee's records are accurate; that the mortgage as of the cessation of the Trustee's payments was due for January 2020; and for all other relief deemed appropriate in the premises.

March 17, 2021

/s/Robert P. Musgrave
Robert P. Musgrave
Chapter 13 Trustee
P.O. Box 972
Evansville, IN  47706-0972
Telephone:  (812) 424-3029
Fax:  (812) 433-3464
Email address:
trusteegeneral@chap13evv.com

CERTIFICATE OF SERVICE

       I hereby certify that a true and correct copy of the foregoing pleading was served upon the following parties, either personally, electronically or by first-class mail March 17, 2021:

U.S. Trustee
101 West Ohio Street, Suite 1000
Indianapolis, IN 46204

PAUL A DUMONT
111 E LOUISIANA STREET
EVANSVILLE, IN 47711-

KEVIN S. KINKADE
ATTORNEY AT LAW
123 N.W. 4TH ST., STE. 201
EVANSVILLE, IN 47708-1725

U.S. BANK TRUST NATIONAL ASSOCIATION
C/O SN SERVICING CORP.
323 5TH STREET
EUREKA, CA 95501

U.S. BANK TRUST NATIONAL ASSOCIATION
C/O SN SERVICING CORP. c/o OFFICER
323 5TH STREET
EUREKA, CA 95501

MARTH R. SPANER
REISENFELD & ASSOCIATES LLC
3962 RED BANK ROAD
CINCINNATI, OH 45227