UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| IN RE: | ) |
|     PAUL A DUMONT | ) CASE NO. 16-70021–AKM-13 |
| | ) |
|     DEBTOR(S) | ) |

## AGREED ENTRY ON
## TRUSTEE'S MOTION FOR DETERMINATION OF FINAL CURE AND PAYMENT

**Comes** now Robert P. Musgrave, Trustee; Kevin S. Kinkade, attorney for debtor(s); and Molly Slutsky Simons, attorney for U.S. Bank Trust NA ("Creditor") on the Trustee's Motion for Determination of Final Cure and Payment filed March 17, 2021 (Doc. #45), with response n opposition filed by Creditor on April 7, 2021 (Doc. #52), and the parties having agreed as follows do now

    **AGREE** that:

1. The mortgage to Creditor is current as to the pre-petition arrearage amount at the time of filing; and
2. As of the conclusion of payments in this case via the Trustee conduit, the post-petition mortgage payments are current through and including December 2019, being due for the January 2020 payment.
3. The Court makes no finding as to any payments due after the conclusion of the Trustee conduit mortgage payments.
4. The Court may enter an order on the above motion based on the terms and conditions on this entry.

REVIEWED AND AGREED:


/s/Robert P. Musgrave          4/21/2021
Robert P. Musgrave           Date
Chapter 13 Trustee
 P.O. Box 972
 Evansville, IN  47706-0972
 Telephone:  (812) 424-3029
Fax:  (812) 433-3464
Email address:  trusteegeneral@chap13evv.com


/s/Kevin S. Kinkade           4/21/2021
Kevin S. Kinkade             Date
Attorney for Debtor(s)

/s/Molly Slutsky Simons  4/21/2021
Molly Slutsky Simons  Date
Attorney for U.S. Bank Trust NA