| Fill in this information to identify the case: |
|---|
| Debtor 1    Paul A Dumont |
|                aka Paul Armand Dumont |
| Debtor 2 _____ |
| (Spouse, if filing) |
| United States Bankruptcy Court for the SOUTHERN District of INDIANA |
| Case number 16-70021-AKM-13 |

## Official Form 410S1
## Notice of Mortgage Payment Change                                                                12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER PARTICIPATION TRUST

**Court claim no.** (if known): 6-1

**Last 4 digits** of any number you use to identify the debtor's account: 0441

**Date of payment change:** 9/16/2019
Must be at least 21 days after date of this notice

**New total payment:** $305.08
Principal, interest, and escrow, if any

### Part 1:   Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No.
   ■ Yes.   Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:
   _____
   _____

   Current escrow payment: $173.92          New escrow payment: $209.83

### Part 2:   Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☐ No
   ■ Yes.   Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:
   _____
   _____

   Current interest rate:          2.000%                New interest rate:         3.000%

   Current principal and interest payment: $81.99    New principal and interest payment: $95.25

### Part 3:   Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ■ No
   ☐ Yes   Attach a copy of any document describing the basis for the change, such as a repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   Current mortgage payment                New mortgage payment:

Debtor 1 <u>Paul A Dumont</u>                                                          Case number *(if known)* <u>16-70021-AKM-13</u>
         Print Name     Middle Name     Last Name

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ <u>/s/Erin Elam</u>                    Date  <u>8.1.19</u>
   Signature

Print      <u>Erin Elam</u>                                          Title   <u>Authorized Agent for Creditor</u>
           First Name     Middle Name     Last Name

Company    <u>RAS Crane, LLC</u>

Address    <u>10700 Abbott's Bridge Road, Suite 170</u>
           Number     Street

           <u>Duluth  GA 30097</u>
           City                            State       ZIP Code

Contact Phone  <u>470-321-7112</u>                             Email  <u>eelam@rascrane.com</u>

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on _____August 5, 2019_____,
I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Kevin S Kinkade
Kinkade & Associates, P.C.
123 NW 4th St Ste 201
Evansville, IN 47708

Robert P. Musgrave
Office of Robert P. Musgrave
P. O. Box 972
Evansville, IN 47706-0972

U.S. Trustee
Office of U.S. Trustee
101 W. Ohio St.. Ste. 1000
Indianapolis, IN 46204

Paul A Dumont
111 E Louisiana Street
Evansville, IN 47711

RAS Crane, LLC
Authorized Agent for Secured Creditor
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone: 470-321-7112
Facsimile: 404-393-1425

By:  __/s/ Kristin Williams_____
          Kristin Williams
          Krwilliams@rascrane.com



P.O. Box 24610
Oklahoma City, OK

July 08, 2019

PAUL A DUMONT
C/O KEVIN S KINKADE
123 NW 4TH ST STE 201
EVANSVILLE IN 47708-1709
Account Number:

Dear PAUL A DUMONT:

Per the terms of your modification agreement, your interest rate will change to 3.000 %, effective 08/16/2019.  This change in your interest rate will result in a new monthly payment of $ 305.08 and your first payment at the new adjusted level is due on 09/16/2019.

The table below shows your existing payment and then future payments based on future interest rate adjustments:

| Interest Rate | Interest Rate Effective Date | Monthly P&I Amount | Estimated Monthly Escrow Payment | Total Monthly Payment | Payment Due Date |
|---|---|---|---|---|---|
| 2.000 % | 03/16/2014 | $ 81.99 | $ 173.92 | $ 255.91 | 04/16/2014 |
| 3.000 % | 08/16/2019 | $ 95.25 | $ 209.83 | $ 305.08 | 09/16/2019 |
| 4.000% | 08/16/2020 | $ 109.25 | May adjust periodically | May adjust periodically | 09/16/2020 |

1.  Your monthly payment includes an escrow amount for property taxes, hazard insurance and other escrowed expenses (if applicable), which, if they increase, may also increase your monthly payment. The escrow payment amounts shown are based on current data and represent a reasonable estimate of expenditures for future escrow obligations; however, escrow payments may be adjusted periodically in accordance with applicable law.

2.  Your total monthly payment is calculated by adding the principal and interest (P&I) and escrow amounts.

**Do you have questions or anticipate challenges paying your new monthly payment?**
Please contact us right away at 1-800-401-6587 Monday through Friday, 8:00 a.m. to 7:00 p.m., Central Standard Time. You can also find useful information about managing your mortgage payments at our website, www.caliberhomeloans.com.

**Additional Assistance Provided!**
You may also contact the Homeowner's HOPE™ Hotline by calling 1-888-995-HOPE. The Hotline can help with questions about the HAMP and offers access to free HUD-approved counseling services in English or Spanish (other languages are available on request).  It is available 24 hours a day/7 days a week.

Free budgeting assistance from the Department of Housing and Urban Development (HUD) approved housing counseling agencies are available via HUD.gov.

Additional information is available on Freddie Mac's Mortgage Help Resource Center web site at
www.freddiemac.com/mortgage_help.

Should you have any questions regarding this notice, please contact our Customer Service Department at 800-401-6587, Monday - Friday between the hours of 8:00 a.m. and 7:00 p.m. Central Time, excluding federal holidays. You can also find useful information about managing your mortgage payments at our website, **www.caliberhomeloans.com**.

Sincerely,

Special Loans Department
Caliber Home Loans


**THIS IS AN ATTEMPT BY A DEBT COLLECTOR TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

**Notice to Consumers presently in Bankruptcy or who have a Bankruptcy Discharge: If you are a debtor presently subject to a proceeding in Bankruptcy Court, or if you have previously been discharged from this debt by a Federal Bankruptcy Court, this communication is not an attempt to collect a debt but is sent for informational purposes only or to satisfy certain Federal or State legal obligations.**

**Pursuant to section 169 of the Housing and Community Development Act of 1987, you may have the opportunity to receive counseling from various local agencies regarding the retention of your home.  You may obtain a list of the HUD-approved housing counseling agencies by calling the HUD nationwide toll free telephone number at (800) 569-4287or by visiting www.hud.gov/offices.**

**Caliber Home Loans, Inc.**
P.O. Box 619063
Dallas, TX 75261-9063

**ESCROW ACCOUNT DISCLOSURE STATEMENT**

| | |
|---|---:|
| Statement Date: | 06/14/2019 |
| Loan Number: | |
| Current Payment Amount: | $255.91 |
| New Payment Amount: | $305.08 |
| New Payment Effective Date: | 09/16/2019 |

Property Address: 111 E LOUISIANA ST
EVANSVILLE IN 47711

PAUL A DUMONT
C/O KEVIN S KINKADE
123 NW 4TH ST STE 201
EVANSVILLE IN 47708-1709

Hello!

At Caliber Home Loans, we examine your escrow account at least annually to make sure there is enough money in your account to cover your tax and/or insurance payments. This review accounts for any increases or decreases in your taxes or insurance that can result in changes to your payment amount. The following outlines your actual escrow account activity since your previous disclosure or initial disclosure and the anticipated activity for the next 12 months.

To view differences between your current payment and new payment, please refer to Section 1 below. To view changes in your escrow account, please refer to Section 3 of this statement. Section 2 includes changes that are anticipated over the next 12 months, while Section 3 displays your history as of the last escrow analysis.

## Section 1 - Payment Breakdown

This section provides a breakdown of both your current and new payment which will become effective 09/16/2019.

| Payment Breakdown | Current Payment | New Payment Effective 09/16/19 |
|---|---:|---:|
| Principal & Interest | $ 81.99 | $ 95.25 |
| Base Escrow Payment | $ 173.92 | $ 209.83 |
| Shortage Payment | $ 0.00 | $ 0.00 |
| Surplus Adjustment | $ 0.00 | $ 0.00 |
| **TOTAL** | **$ 255.91** | **$ 305.08** |

**If you utilize a bill paying service, please notify them of the payment changes scheduled to occur.**

## Section 2 - Calculation & Anticipated Escrow Activity

This section displays information regarding your anticipated escrow activity for the next 12 months.

**ANTICIPATED ESCROW BALANCE $775.35 – MINIMUM REQUIRED BALANCE $209.83**

To ensure your account maintains enough money for future tax and insurance payments, a cushion is maintained on your loan when applicable, to help avoid a negative balance in your escrow account. This cushion may include up to two months' worth of your base escrow payment to cover increases in your tax or insurance payments. Your escrow balance should not fall below $209.83, which is your cushion amount and required balance. (Mortgage insurance is not included in your cushion calculation.)

| Month of Activity | Anticipated Payments To Escrow | Anticipated Disbursements From Escrow | Description | | Anticipated Balance | Required Balance | |
|---|---|---|---|---|---|---|---|
| | | | | Starting Balance | $775.46 | $209.94 | |
| 09/2019 | $209.83 | $.00 | | | $985.29 | $419.77 | |
| 10/2019 | $209.83 | -$105.68 | COUNTY TAX | | $1,089.44 | $523.92 | |
| 11/2019 | $209.83 | $.00 | | | $1,299.27 | $733.75 | |
| 12/2019 | $209.83 | $.00 | | | $1,509.10 | $943.58 | |
| 01/2020 | $209.83 | $.00 | | | $1,718.93 | $1,153.41 | |
| 02/2020 | $209.83 | $.00 | | | $1,928.76 | $1,363.24 | |
| 03/2020 | $209.83 | $.00 | | | $2,138.59 | $1,573.07 | |
| 04/2020 | $209.83 | -$105.68 | COUNTY TAX | | $2,242.74 | $1,677.22 | |
| 05/2020 | $209.83 | $.00 | | | $2,452.57 | $1,887.05 | |
| 06/2020 | $209.83 | $.00 | | | $2,662.40 | $2,096.88 | |
| 07/2020 | $209.83 | $.00 | | | $2,872.23 | $2,306.71 | |
| 08/2020 | $209.83 | -$2,306.71 | HOMEOWNER INS | | $775.35 | $209.83 | > |

**For assistance with your payment, please contact Caliber Customer Service at 1-800-401-6587.**



## Section 2 - Calculation & Anticipated Escrow Activity (continued)

**(No additional data available)**

## Section 3 - Escrow Account History

This section itemizes your actual escrow account history since your last escrow analysis or initial disclosure. By comparing previous projections with actual payments and disbursements, you can determine where a difference may have occurred. An asterisk (*) indicates a difference in either the amount or date.

When applicable, the letter 'E' beside an amount indicates that a payment or disbursement has not yet occurred, but is estimated to occur as shown.

| Month of Activity | Anticipated Escrow Payments | Actual Escrow Payments | Anticipated Disbursements From Escrow | Description | Actual Disbursements From Escrow | Description | | Anticipated Balance | Actual Balance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Starting Balance | | $173.95 | $334.59 |
| 09/2018 | $173.92 | $173.50 | $.00 | | $.00 | | | $347.87 | $508.09 |
| 10/2018 | $173.92 | $173.50 | -$101.28 | COUNTY TAX | -$101.28 | COUNTY TAX | | $420.51 | $580.31 |
| 11/2018 | $173.92 | $173.50 | $.00 | | $.00 | | | $594.43 | $753.81 |
| 12/2018 | $173.92 | $173.50 | $.00 | | $.00 | | | $768.35 | $927.31 |
| 01/2019 | $173.92 | $173.50 | $.00 | | $.00 | | | $942.27 | $1,100.81 |
| 02/2019 | $173.92 | $173.92 | $.00 | | $.00 | | | $1,116.19 | $1,274.73 |
| 03/2019 | $173.92 | $173.92 | $.00 | | $.00 | | | $1,290.11 | $1,448.65 |
| 04/2019 | $173.92 | $173.92 | -$101.28 | COUNTY TAX | -$105.68 | COUNTY TAX | * | $1,362.75 | $1,516.89 |
| 05/2019 | $173.92 | $173.92 | $.00 | | $.00 | | | $1,536.67 | $1,690.81 |
| 06/2019 | $173.92 | $173.92 | $.00 | | $.00 | | | $1,710.59 | $1,864.73 |
| 07/2019 | $173.92 | $.00 | $.00 | | $.00 | | | $1,884.51 | $1,864.73 |
| 08/2019 | $173.92 | $.00 | -$1,884.51 | HOMEOWNER INS | $.00 | | | $173.92 | $1,864.73 |

## Section 4 - Questions

For questions regarding your statement, please contact Caliber Customer Service at 1-800-401-6587. Our business hours are Monday through Friday, 8:00 AM to 7:00 PM CST. Please also visit our website at www.caliberhomeloans.com.

**Notice to Consumers presently in Bankruptcy or who have received a Bankruptcy Discharge: If you are a debtor presently subject to a proceeding in Bankruptcy Court, or if you have previously been discharged from this debt by a Federal Bankruptcy Court, this communication is not an attempt to collect a debt but is sent for informational purposes only or to satisfy certain Federal or State legal obligations.**