**Fill in this information to identify the case:**

Debtor 1: Paul A. Dumont; aka Paul Armand Dumont

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: Southern District of Indiana (State)

Case number: 16-70021-AKM-13

# Form 4100R
## Response to Notice of Final Cure Payment   10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Bungalow Series IV Trust

**Court claim no.** (if known): 6-1

**Last 4 digits** of any number you use to identify the debtor's account: 4 9 0 6

**Property address:** 111 East Louisiana Street
Number    Street

Evansville    IN    47711
City    State    ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:  __ / __ / ____
MM / DD / YYYY

☑ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

  a. Total postpetition ongoing payments due:    (a) $ 648.18

  b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ 0.00

  c. **Total.** Add lines a and b.    *Less Unapplied Funds of $177.40    (c) $ 470.78

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    2 / 16 / 2021
MM / DD / YYYY

Form 4100R    Response to Notice of Final Cure Payment    page 1

Debtor 1  Paul A. Dumont
       First Name   Middle Name   Last Name

Case number (*if known*) 16-70021-AKM-13

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Molly Slutsky Simons
Signature

Date 4 / 6 / 2021

Print: Molly Slutsky Simons
  First Name   Middle Name   Last Name

Title: Attorney for Creditor

Company: Sottile and Barile, Attorneys at Law

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 394 Wards Corner Road, Suite 180
  Number   Street

Loveland     OH     45140
City     State     ZIP Code

Contact phone ( 513 ) 444 – 4100

Email: bankruptcy@sottileandbarile.com



# SERVICING CORPORATION

**323 FIFTH STREET (95501)**
P.O. BOX 35
EUREKA, CA  95502
(800) 603-0836

April 05, 2021

PAUL A DUMONT
111 E LOUISIANA ST
EVANSVILLE, IN 47711
Your Reference:

Re:   ▮▮▮▮▮▮▮▮
      PAUL A DUMONT
      111 EAST LOUISIANA STREET
      EVANSVILLE, IN 47711

Pay off figures for the above referenced loan/borrower are:

| | |
|---|---:|
| Projected Payoff Date | 04/12/2021 |
| Principal Balance | $24,147.98 |
| Interest to 04/12/2021 | $ 232.43 |
| Other (See Attached Detail) | $0.00 |
| Prepayment Penalty | $0.00 |
| Funds owed by Borrower | $0.00 |
| Funds owed to Borrower | ($ 177.40) |
| Total Payoff | $24,203.01 |
| Per diem | $ 2.65 |

The next payment due is 02/16/2021.  The current interest rate is   4.00   % and the P&I payment is $ 109.25.

**PAY OFF INSTRUCTIONS/INFORMATION:**
- Pay off figures are subject to change so please call **800-603-0836** to update these figures prior to remitting funds.
- Funds received after 12:00 noon will be processed on the next business day and interest will be charged through that date.
- All pay off figures are subject to clearance of funds in transit.  The pay off is subject to final audit when presented.
- Please provide the borrower's forwarding address so any overpayment or refund can be directly mailed to the borrower.
- We will prepare the release of our interest in the property after all funds have cleared.

**REMITTANCE INFORMATION:**

**Make checks payable to:**     Bungalow Series IV Trust

**Mailing Address:**                                                **Express/Overnight Mail Address:**

SN Servicing Corporation                                **Bank of Texas**
Bungalow Series IV Trust                                 **C/O REMITTANCE SERVICES, DEPT 41548**
PO BOX 660820                                                    **2200 N HIGHWAY 121**
DALLAS, TX 75266-0820                                    **GRAPEVINE, TX 76051**

**Wiring Instructions:**

Bungalow Series IV Trust, Bank of Texas, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮



## PAYOFF DETAIL

| DESCRIPTION OF OTHER | | AMOUNT |
|---|---|---|
| LATE CHARGES | | $0.00 |
| ATTORNEYS FEES | | $0.00 |
| FORECLOSURE EXPENSES | | $0.00 |
| LEGAL EXPENSES | | $0.00 |
| LEGAL BILLING | | $0.00 |
| FORCE PLACE INSURANCE | | $0.00 |
| FORCE PLACE FLOOD | | $0.00 |
| CORPORATE ADVANCE | | $0.00 |
| INTERIM ESCROW ADV | | $0.00 |
| PRIOR SERVICER ESCROW ADV | | $0.00 |
| PRIOR SERVICER ESCROW ADV | | $0.00 |
| PRIOR SERVICER ESCROW ADV | | $0.00 |
| PRIOR SERVICER NSF FEES | | $0.00 |
| PRIOR SERVICER LATE CHARGES | | $0.00 |
| PRIOR SERVICER CORPORATE ADVANCE | | $0.00 |
| PRIOR SERVICER CORPORATE ADVANCE | | $0.00 |
| PRIOR SERVICER CORPORATE ADVANCE | | $0.00 |
| 3RD PARTY PRIOR SERVICER CORPORATE ADV | | $0.00 |
| FORBEARANCE PRINCIPAL | | $0.00 |
| FORBEARANCE INTEREST | | $0.00 |
| FORBEARANCE LATE | | $0.00 |
| FORBEARANCE OTHER | | $0.00 |
| FORBEARANCE FORCE PLACE INSURANCE | | $0.00 |
| FORBEARANCE ESCROW | | $0.00 |
| FORBEARANCE LEGAL FEE | | $0.00 |
| APPRAISAL/BPO | | $0.00 |
| NSF FEES | | $0.00 |
| PROPERTY TAXES CURRENT | | $0.00 |
| PROPERTY TAXES DELINQUENT | | $0.00 |
| ELECTRONIC PAYMENT FEE | | $0.00 |
| MISC FEES | | $0.00 |
| PROPERTY INSPECTIONS | | $0.00 |
| VERIFICATION OF MORTGAGE | | $0.00 |
| PRIOR FAX | | $0.00 |
| PRIOR RUSH | | $0.00 |
| PRIOR PAYOFF PROCESSING FEES | | $0.00 |
| DEFERRED PRINCIPAL | | $0.00 |
| | $0.00 | TOTAL |

### FUNDS OWED FROM BORROWER

| | DESCRIPTION | AMOUNT |
|---|---|---|
| PREPAYMENT PENALTY | | $0.00 |
| ASSISTANCE ADVANCE | | $0.00 |
| ASSISTANCE ADVANCE | | $0.00 |
| ESCROW ADVANCE | Short Payment | $0.00 |
| **ESCROW ADVANCE | Taxes / Insurance | $0.00 |
| | $0.00 | TOTAL |

### FUNDS OWED TO BORROWER

| | DESCRIPTION | AMOUNT |
|---|---|---|
| UNAPPLIED | | $177.40 |
| **ESCROW | Balance to be refunded to Borrower at Payoff | $1,632.94 |
| INTEREST ON ESCROW | | $0.00 |
| INTERST ON LOSS DRAFT | | $0.00 |
| LOSS DRAFT | | $0.00 |
| | $1,810.34 | TOTAL |

**In the event of an escrow disbursement amount may change

| Borrower: | Dumont | | | Interest Method: | Arrears | **Trustee Pays Arrearages / Trustee pays Arrearages | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Loan: | | | | Interest Rate: | Step Rate | ** BK Filed: 01/13/16  Case #16-70021 | | | | | | | |
| | | | | Beginning Interest Rate: | 2% | | | | | | | | |
| Trans Date | Days | Due Date / Description | Transaction Amt | P&I Amt Pd | Mo Acc Int | Cum Acc Int | Pd Interest | Principal | Escrow Bal | Escrow Disb/Pmt | Arrearage Balance | Arrearage Disb/Pmts | Late Balance | Late Fees/pmts | Suspense | Prin Bal |
| | | | | | | 176.90 | | | 261.86 | | 0.00 | | 0.00 | | 0.00 | 26,590.93 |
| 01/13/16 | | 09/16/15 - 12/16/15 | 327.96 | 327.96 | 0.00 | 176.90 | 176.90 | 151.06 | 261.86 | 0.00 | (327.96) | (327.96) | 0.00 | 0.00 | 0.00 | 26,439.87 |
| 01/13/16 | | Projected Escrow Shortage | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 261.86 | 0.00 | (1082.41) | (754.45) | 0.00 | 0.00 | 0.00 | 26,439.87 |
| 04/07/16 | | County Tax Disb | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 167.88 | (93.98) | (1082.41) | 0.00 | 0.00 | 0.00 | 0.00 | 26,439.87 |
| 07/07/16 | 30 | 01/16/16 | 1,332.70 | 81.99 | 44.07 | 44.07 | 44.07 | 37.92 | 348.86 | 180.98 | (1082.41) | 0.00 | 0.00 | 0.00 | 1,069.73 | 26,401.95 |
| | 30 | 02/16/16 | 0.00 | 81.99 | 44.00 | 44.00 | 44.00 | 37.99 | 533.41 | 184.55 | (1082.41) | 0.00 | 0.00 | 0.00 | 803.19 | 26,363.96 |
| | 30 | 03/16/16 | 0.00 | 81.99 | 43.94 | 43.94 | 43.94 | 38.05 | 717.96 | 184.55 | (1082.41) | 0.00 | 0.00 | 0.00 | 536.65 | 26,325.91 |
| | 30 | 04/16/16 | 0.00 | 81.99 | 43.88 | 43.88 | 43.88 | 38.11 | 902.51 | 184.55 | (1082.41) | 0.00 | 0.00 | 0.00 | 270.11 | 26,287.80 |
| | 30 | 05/16/16 | 0.00 | 81.99 | 43.81 | 43.81 | 43.81 | 38.18 | 1,087.06 | 184.55 | (1082.41) | 0.00 | 0.00 | 0.00 | 3.57 | 26,249.62 |
| 07/25/16 | | HOI | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (744.39) | (1,831.45) | (1082.41) | 0.00 | 0.00 | 0.00 | 3.57 | 26,249.62 |
| 08/07/16 | 30 | 06/16/16 | 266.54 | 81.99 | 43.75 | 43.75 | 43.75 | 38.24 | (559.84) | 184.55 | (1082.41) | 0.00 | 0.00 | 0.00 | 3.57 | 26,211.38 |
| 09/13/16 | 30 | 07/16/16 | 266.54 | 81.99 | 43.69 | 43.69 | 43.69 | 38.30 | (375.29) | 184.55 | (1082.41) | 0.00 | 0.00 | 0.00 | 3.57 | 26,173.07 |
| 10/05/16 | 30 | 08/16/16 | 266.54 | 81.99 | 43.62 | 43.62 | 43.62 | 38.37 | (190.74) | 184.55 | (1082.41) | 0.00 | 0.00 | 0.00 | 3.57 | 26,134.71 |
| 10/24/16 | | County Tax Disb | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (284.72) | (93.98) | (1082.41) | 0.00 | 0.00 | 0.00 | 3.57 | 26,134.71 |
| 11/07/16 | 30 | 09/16/16 | 266.54 | 81.99 | 43.56 | 43.56 | 43.56 | 38.43 | (100.17) | 184.55 | (1082.41) | 0.00 | 0.00 | 0.00 | 3.57 | 26,096.27 |
| 12/06/16 | | Short Payment | 128.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (100.17) | 0.00 | (1082.41) | 0.00 | 0.00 | 0.00 | 132.37 | 26,096.27 |
| 01/10/17 | 30 | 10/16/16 | 308.20 | 81.99 | 43.49 | 43.49 | 43.49 | 38.50 | 84.38 | 184.55 | (1082.41) | 0.00 | 0.00 | 0.00 | 174.03 | 26,057.78 |
| 02/07/17 | 30 | 11/16/16 | 362.62 | 81.99 | 43.43 | 43.43 | 43.43 | 38.56 | 268.93 | 184.55 | (1082.41) | 0.00 | 0.00 | 0.00 | 270.11 | 26,019.22 |
| 02/07/17 | 30 | 12/16/16 | 0.00 | 81.99 | 43.37 | 43.37 | 43.37 | 38.62 | 453.48 | 184.55 | (1082.41) | 0.00 | 0.00 | 0.00 | 3.57 | 25,980.59 |
| 03/03/17 | 30 | 01/16/17 | 266.54 | 81.99 | 43.30 | 43.30 | 43.30 | 38.69 | 638.03 | 184.55 | (1082.41) | 0.00 | 0.00 | 0.00 | 3.57 | 25,941.90 |
| 04/05/17 | | County Tax Disb | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 539.23 | (98.80) | (1082.41) | 0.00 | 0.00 | 0.00 | 3.57 | 25,941.90 |
| 04/06/17 | 30 | 02/16/17 | 266.54 | 81.99 | 43.24 | 43.24 | 43.24 | 38.75 | 723.78 | 184.55 | (1082.41) | 0.00 | 0.00 | 0.00 | 3.57 | 25,903.15 |
| 05/10/17 | 30 | 03/16/17 | 266.54 | 81.99 | 43.17 | 43.17 | 43.17 | 38.82 | 908.33 | 184.55 | (1082.41) | 0.00 | 0.00 | 0.00 | 3.57 | 25,864.33 |
| 07/11/17 | 30 | 04/16/17 | 533.08 | 81.99 | 43.11 | 43.11 | 43.11 | 38.88 | 1,092.88 | 184.55 | (1082.41) | 0.00 | 0.00 | 0.00 | 270.11 | 25,825.45 |
| 07/11/17 | 30 | 05/16/17 | 0.00 | 81.99 | 43.04 | 43.04 | 43.04 | 38.95 | 1,277.43 | 184.55 | (1082.41) | 0.00 | 0.00 | 0.00 | 3.57 | 25,786.50 |
| 07/24/17 | | HOI | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (607.08) | (1,884.51) | (1082.41) | 0.00 | 0.00 | 0.00 | 3.57 | 25,786.50 |
| 08/04/17 | | Short Payment | 250.27 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (607.08) | 0.00 | (1082.41) | 0.00 | 0.00 | 0.00 | 253.84 | 25,786.50 |
| 09/14/17 | 30 | 06/16/17 | 250.27 | 81.99 | 42.98 | 42.98 | 42.98 | 39.01 | (422.53) | 184.55 | (1082.41) | 0.00 | 0.00 | 0.00 | 237.57 | 25,747.49 |
| 09/16/17 | | Escrow Credit | 615.91 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 193.38 | 615.91 | (1082.41) | 0.00 | | 0.00 | 237.57 | 25,747.49 |
| 10/18/17 | 30 | 07/16/17 | 250.27 | 81.99 | 42.91 | 42.91 | 42.91 | 39.08 | 361.66 | 168.28 | (1082.41) | 0.00 | 0.00 | 0.00 | 237.57 | 25,708.41 |

| Trans Date | Days | Due Date / Description | Transaction Amt | P&I Amt Pd | Mo Acc Int | Cum Acc Int | Pd Interest | Principal | Escrow Bal | Escrow Disb/Pmt | Arrearage Balance | Arrearage Disb/Pmts | Late Balance | Late Fees/pmts | Suspense | Prin Bal |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/20/17 | | County Tax Disb | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 262.86 | (98.80) | (1082.41) | 0.00 | 0.00 | 0.00 | 237.57 | 25,708.41 |
| 11/09/17 | 30 | 08/16/17 | 250.27 | 81.99 | 42.85 | 42.85 | 42.85 | 39.14 | 431.14 | 168.28 | (1082.41) | 0.00 | 0.00 | 0.00 | 237.57 | 25,669.27 |
| 01/10/18 | 30 | 09/16/17 | 250.27 | 81.99 | 42.78 | 42.78 | 42.78 | 39.21 | 599.42 | 168.28 | (1082.41) | 0.00 | 0.00 | 0.00 | 237.57 | 25,630.06 |
| 02/06/18 | 30 | 10/16/17 | 250.27 | 81.99 | 42.72 | 42.72 | 42.72 | 39.27 | 767.70 | 168.28 | (1082.41) | 0.00 | 0.00 | 0.00 | 237.57 | 25,590.79 |
| 03/08/18 | 30 | 11/16/17 | 255.49 | 81.99 | 42.65 | 42.65 | 42.65 | 39.34 | 935.98 | 168.28 | (1082.41) | 0.00 | 0.00 | 0.00 | 242.79 | 25,551.45 |
| 04/06/18 | 30 | 12/16/17 | 255.49 | 81.99 | 42.59 | 42.59 | 42.59 | 39.40 | 1,104.26 | 168.28 | (1082.41) | 0.00 | 0.00 | 0.00 | 248.01 | 25,512.04 |
| 04/06/18 | | Arrears | 294.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,104.26 | 0.00 | (787.89) | 294.52 | 0.00 | 0.00 | 248.01 | 25,512.04 |
| 04/06/18 | | County Tax Disb | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,002.98 | (101.28) | (787.89) | 0.00 | 0.00 | 0.00 | 248.01 | 25,512.04 |
| 05/14/18 | 30 | 01/16/18 | 255.49 | 81.99 | 42.52 | 42.52 | 42.52 | 39.47 | 1,171.26 | 168.28 | (787.89) | 0.00 | 0.00 | 0.00 | 253.23 | 25,472.57 |
| 05/14/18 | | Arrears | 130.87 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,171.26 | 0.00 | (657.02) | 130.87 | 0.00 | 0.00 | 253.23 | 25,472.57 |
| 06/11/18 | 30 | 02/16/18 | 255.49 | 81.99 | 42.45 | 42.45 | 42.45 | 39.54 | 1,344.76 | 173.50 | (657.02) | 0.00 | 0.00 | 0.00 | 253.23 | 25,433.04 |
| 06/11/18 | | Arrears | 657.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,344.76 | 0.00 | 0.00 | 657.02 | 0.00 | 0.00 | 253.23 | 25,433.04 |
| 07/10/18 | 30 | 03/16/18 | 255.49 | 81.99 | 42.39 | 42.39 | 42.39 | 39.60 | 1,518.26 | 173.50 | 0.00 | 0.00 | 0.00 | 0.00 | 253.23 | 25,393.44 |
| 07/27/18 | | HOI | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (460.80) | (1,979.06) | 0.00 | 0.00 | 0.00 | 0.00 | 253.23 | 25,393.44 |
| 08/14/18 | 30 | 04/16/18 | 255.49 | 81.99 | 42.32 | 42.32 | 42.32 | 39.67 | (287.30) | 173.50 | 0.00 | 0.00 | 0.00 | 0.00 | 253.23 | 25,353.77 |
| 09/14/18 | 30 | 05/16/18 | 255.49 | 81.99 | 42.26 | 42.26 | 42.26 | 39.73 | (113.80) | 173.50 | 0.00 | 0.00 | 0.00 | 0.00 | 253.23 | 25,314.04 |
| 10/11/18 | | County Tax Disb | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (215.08) | (101.28) | 0.00 | 0.00 | 0.00 | 0.00 | 253.23 | 25,314.04 |
| 10/15/18 | 30 | 06/16/18 | 255.91 | 81.99 | 42.19 | 42.19 | 42.19 | 39.80 | (41.58) | 173.50 | 0.00 | 0.00 | 0.00 | 0.00 | 253.65 | 25,274.24 |
| 11/17/18 | 30 | 07/16/18 | 255.91 | 81.99 | 42.12 | 42.12 | 42.12 | 39.87 | 131.92 | 173.50 | 0.00 | 0.00 | 0.00 | 0.00 | 254.07 | 25,234.37 |
| 12/14/18 | 30 | 08/16/18 | 255.91 | 81.99 | 42.06 | 42.06 | 42.06 | 39.93 | 305.42 | 173.50 | 0.00 | 0.00 | 0.00 | 0.00 | 254.49 | 25,194.44 |
| 01/11/19 | 30 | 09/16/18 | 255.91 | 81.99 | 41.99 | 41.99 | 41.99 | 40.00 | 479.34 | 173.92 | 0.00 | 0.00 | 0.00 | 0.00 | 254.49 | 25,154.44 |
| 02/08/19 | 30 | 10/16/18 | 255.91 | 81.99 | 41.92 | 41.92 | 41.92 | 40.07 | 653.26 | 173.92 | 0.00 | 0.00 | 0.00 | 0.00 | 254.49 | 25,114.37 |
| 03/07/19 | 30 | 11/16/18 | 255.91 | 81.99 | 41.86 | 41.86 | 41.86 | 40.13 | 827.18 | 173.92 | 0.00 | 0.00 | 0.00 | 0.00 | 254.49 | 25,074.24 |
| 04/09/19 | 30 | 12/16/18 | 255.91 | 81.99 | 41.79 | 41.79 | 41.79 | 40.20 | 1,001.10 | 173.92 | 0.00 | 0.00 | 0.00 | 0.00 | 254.49 | 25,034.04 |
| 04/16/19 | | County Tax Disb | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 895.42 | (105.68) | 0.00 | 0.00 | 0.00 | 0.00 | 254.49 | 25,034.04 |
| 05/14/19 | 30 | 01/16/19 | 255.91 | 81.99 | 41.72 | 41.72 | 41.72 | 40.27 | 1,069.34 | 173.92 | 0.00 | 0.00 | 0.00 | 0.00 | 254.49 | 24,993.77 |
| 06/10/19 | 30 | 02/16/19 | 255.91 | 81.99 | 41.66 | 41.66 | 41.66 | 40.33 | 1,243.26 | 173.92 | 0.00 | 0.00 | 0.00 | 0.00 | 254.49 | 24,953.44 |
| 07/12/19 | 30 | 03/16/19 | 255.91 | 81.99 | 41.59 | 41.59 | 41.59 | 40.40 | 1,417.18 | 173.92 | 0.00 | 0.00 | 0.00 | 0.00 | 254.49 | 24,913.04 |
| 07/29/19 | | HOI | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (889.53) | (2,306.71) | 0.00 | 0.00 | 0.00 | 0.00 | 254.49 | 24,913.04 |
| 08/20/19 | 30 | 04/16/19 | 255.91 | 81.99 | 41.52 | 41.52 | 41.52 | 40.47 | (715.61) | 173.92 | 0.00 | 0.00 | 0.00 | 0.00 | 254.49 | 24,872.57 |
| 09/10/19 | 30 | 05/16/19 | 255.91 | 81.99 | 41.45 | 41.45 | 41.45 | 40.54 | (541.69) | 173.92 | 0.00 | 0.00 | 0.00 | 0.00 | 254.49 | 24,832.03 |
| 10/11/19 | 30 | 06/16/19 | 305.08 | 81.99 | 41.39 | 41.39 | 41.39 | 40.60 | (367.77) | 173.92 | 0.00 | 0.00 | 0.00 | 0.00 | 303.66 | 24,791.43 |
| 10/11/19 | 30 | 07/16/19 | 0.00 | 81.99 | 41.32 | 41.32 | 41.32 | 40.67 | (193.85) | 173.92 | 0.00 | 0.00 | 0.00 | 0.00 | 47.75 | 24,750.76 |

| Trans Date | Days | Due Date / Description | Transaction Amt | P&I Amt Pd | Mo Acc Int | Cum Acc Int | Pd Interest | Principal | Escrow Bal | Escrow Disb/Pmt | Arrearage Balance | Arrearage Disb/Pmts | Late Balance | Late Fees/pmts | Suspense | Prin Bal |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/15/19 | | County Tax Disb | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (299.53) | (105.68) | 0.00 | 0.00 | 0.00 | 0.00 | 47.75 | 24,750.76 |
| 11/15/19 | 30 | 08/16/19 | 305.08 | 81.99 | 41.25 | 41.25 | 41.25 | 40.74 | (125.61) | 173.92 | 0.00 | 0.00 | 0.00 | 0.00 | 96.92 | 24,710.02 |
| | | **Step Rate Chage to 3%** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (125.61) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 96.92 | 24,710.02 |
| 12/23/19 | 30 | 09/16/19 | 305.08 | 95.25 | 61.78 | 61.78 | 61.78 | 33.47 | 84.22 | 209.83 | 0.00 | 0.00 | 0.00 | 0.00 | 96.92 | 24,676.55 |
| 01/08/20 | 30 | 10/16/19 | 305.08 | 95.25 | 61.69 | 61.69 | 61.69 | 33.56 | 294.05 | 209.83 | 0.00 | 0.00 | 0.00 | 0.00 | 96.92 | 24,642.99 |
| 02/03/20 | 30 | 11/16/19 (Last Trustee Ongoing Payment Received) | 305.08 | 95.25 | 61.61 | 61.61 | 61.61 | 33.64 | 503.88 | 209.83 | 0.00 | 0.00 | 0.00 | 0.00 | 96.92 | 24,609.35 |
| 02/05/20 | 30 | 12/16/19 (Borrower payments begin) | 357.08 | 95.25 | 61.52 | 61.52 | 61.52 | 33.73 | 713.71 | 209.83 | 0.00 | 0.00 | 0.00 | 0.00 | 148.92 | 24,575.62 |
| 03/06/20 | 30 | 01/16/20 | 306.00 | 95.25 | 61.44 | 61.44 | 61.44 | 33.81 | 923.54 | 209.83 | 0.00 | 0.00 | 0.00 | 0.00 | 149.84 | 24,541.81 |
| 04/13/20 | | County Tax Disb | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 817.48 | (106.06) | 0.00 | 0.00 | 0.00 | 0.00 | 149.84 | 24,541.81 |
| 04/14/20 | 30 | 02/16/20 | 370.66 | 95.25 | 61.35 | 61.35 | 61.35 | 33.90 | 1,027.31 | 209.83 | 0.00 | 0.00 | 0.00 | 0.00 | 215.42 | 24,507.91 |
| 05/04/20 | | **Loan Boards with SNSC** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,027.31 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 215.42 | 24,507.91 |
| 06/12/20 | 30 | 03/16/20 | 305.08 | 95.25 | 61.27 | 61.27 | 61.27 | 33.98 | 1,237.14 | 209.83 | 0.00 | 0.00 | 0.00 | 0.00 | 215.42 | 24,473.93 |
| 07/06/20 | 30 | 04/16/20 | 305.08 | 95.25 | 61.18 | 61.18 | 61.18 | 34.07 | 1,446.97 | 209.83 | 0.00 | 0.00 | 0.00 | 0.00 | 215.42 | 24,439.87 |
| 07/10/20 | | HOI | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (918.95) | (2,365.92) | 0.00 | 0.00 | 0.00 | 0.00 | 215.42 | 24,439.87 |
| 10/12/20 | | County Tax Disb | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (1,025.01) | (106.06) | 0.00 | 0.00 | 0.00 | 0.00 | 215.42 | 24,439.87 |
| 12/14/20 | 30 | 05/16/20 | 915.24 | 95.25 | 61.10 | 61.10 | 61.10 | 34.15 | (815.18) | 209.83 | 0.00 | 0.00 | 0.00 | 0.00 | 825.58 | 24,405.72 |
| 12/14/20 | 30 | 06/16/20 | 0.00 | 95.25 | 61.01 | 61.01 | 61.01 | 34.24 | (605.35) | 209.83 | 0.00 | 0.00 | 0.00 | 0.00 | 520.50 | 24,371.48 |
| 12/14/20 | 30 | 07/16/20 | 0.00 | 95.25 | 60.93 | 60.93 | 60.93 | 34.32 | (395.52) | 209.83 | 0.00 | 0.00 | 0.00 | 0.00 | 215.42 | 24,337.16 |
| 01/19/21 | 30 | 08/16/20 | 610.16 | 95.25 | 60.84 | 60.84 | 60.84 | 34.41 | (185.69) | 209.83 | 0.00 | 0.00 | 0.00 | 0.00 | 520.50 | 24,302.75 |
| | 30 | 09/16/20 | 0.00 | 95.25 | 60.76 | 60.76 | 60.76 | 34.49 | 24.14 | 209.83 | 0.00 | 0.00 | 0.00 | 0.00 | 215.42 | 24,268.26 |
| 02/08/21 | 30 | 10/16/20 | 610.16 | 95.25 | 60.67 | 60.67 | 60.67 | 34.58 | 233.97 | 209.83 | 0.00 | 0.00 | 0.00 | 0.00 | 520.50 | 24,233.68 |
| | | **Late Step Rate Change to 4%** | | | 0.00 | 0.00 | 0.00 | 0.00 | 233.97 | | 0.00 | | 0.00 | | 520.50 | 24,233.68 |
| | 30 | 11/16/20 | 0.00 | 109.25 | 80.78 | 80.78 | 80.78 | 28.47 | 448.81 | 214.84 | 0.00 | 0.00 | 0.00 | 0.00 | 196.41 | 24,205.21 |
| 03/03/21 | 30 | 12/16/20 | 305.08 | 109.25 | 80.68 | 80.68 | 80.68 | 28.57 | 663.65 | 214.84 | 0.00 | 0.00 | 0.00 | 0.00 | 177.40 | 24,176.64 |
| | | Arrearage Escrow to Escrow | 754.45 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,418.10 | 754.45 | 0.00 | 0.00 | 0.00 | 0.00 | 177.40 | 24,176.64 |
| 04/05/21 | 30 | 01/16/21 | 324.09 | 109.25 | 80.59 | 80.59 | 80.59 | 28.66 | 1,632.94 | 214.84 | 0.00 | 0.00 | 0.00 | 0.00 | 177.40 | 24,147.98 |
| | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,632.94 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 177.40 | 24,147.98 |
| | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,632.94 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 177.40 | 24,147.98 |
| | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,632.94 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 177.40 | 24,147.98 |
| | | Due for 02/16/21 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,632.94 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 177.40 | 24,147.98 |

| LOAN ASSUMPTIONS | | Period | UPB | Interest | Principal | Payment Made 1=No |
|---|---|---|---|---|---|---|
| Original Loan Amount | 26,590.93 | | | | | |
| Interest Rate | 2.0000% | 0 | 26,590.93 | | | |
| Term (in Months) | Step Rate | 1 | 26,553.26 | 44.32 | 37.67 | Sep-15 |
| | | 2 | 26,515.52 | 44.26 | 37.73 | Oct-15 |
| Payment | $81.99 | 3 | 26,477.73 | 44.19 | 37.80 | Nov-15 |
| | | 4 | 26,439.87 | 44.13 | 37.86 | Dec-15 |
| | | 5 | 26,401.94 | 44.07 | 37.92 | Jan-16 |
| | 176.90 | 6 | 26,363.96 | 44.00 | 37.99 | Feb-16 |
| | | 7 | 26,325.91 | 43.94 | 38.05 | Mar-16 |
| | | 8 | 26,287.79 | 43.88 | 38.11 | Apr-16 |
| | | 9 | 26,249.61 | 43.81 | 38.18 | May-16 |
| | | 10 | 26,211.37 | 43.75 | 38.24 | Jun-16 |
| | | 11 | 26,173.07 | 43.69 | 38.30 | Jul-16 |
| | | 12 | 26,134.70 | 43.62 | 38.37 | Aug-16 |
| | | 13 | 26,096.27 | 43.56 | 38.43 | Sep-16 |
| | | 14 | 26,057.77 | 43.49 | 38.50 | Oct-16 |
| | | 15 | 26,019.21 | 43.43 | 38.56 | Nov-16 |
| | | 16 | 25,980.59 | 43.37 | 38.62 | Dec-16 |
| | | 17 | 25,941.90 | 43.30 | 38.69 | Jan-17 |
| | | 18 | 25,903.15 | 43.24 | 38.75 | Feb-17 |

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## EVANSVILLE DIVISION

| | |
|---|---|
| In Re: | Case No. 16-70021-AKM-13 |
| Paul A. Dumont<br>  *aka* Paul Armand Dumont | Chapter 13 |
| Debtor. | Judge Andrea K. McCord |

### ADDENDUM TO RESPONSE TO NOTICE OF FINAL CURE PAYMENT

| | |
|---|---|
| Date last payment received on the mortgage: | 4/5/2021 |
| Date next post-petition payment due: | 2/16/2021 |
| Amount of the next post-petition payment: | $ 324.09 |
| Unpaid principal of the loan: | $ 24,147.98 |
| Additional amounts due for any deferred or accrued interest: | $ 232.43 |
| Balance of the escrow account: | $ 1,632.94 |
| Balance of unapplied funds or funds held in suspense account: | $ 177.40 |

Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (OH 0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor

## CERTIFICATE OF SERVICE

I certify that on April 6, 2021, a copy of the foregoing Response to Notice of Final Cure Payment was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/parties may access this filing through the Court's system:

    Kevin S. Kinkade, Debtor's Counsel
    kinkadeassociates@hotmail.com

    Robert P. Musgrave, Trustee
    ecf@chap13evv.com

    Office of the U.S. Trustee
    ustpregion10.in.ecf@usdoj.gov

I further certify that on April 6, 2021, a copy of the foregoing Response to Notice of Final Cure Payment was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Paul A. Dumont, Debtor
    111 E. Louisiana Street
    Evansville, IN 47711

                                      /s/ Molly Slutsky Simons
                                      Molly Slutsky Simons (OH 0083702)
                                      Attorney for Creditor